# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: *Cntney Barnes* SBI#: *483609*

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**   *06-309*

DATE:   *June 7, 2006*

---

Attached are copies of your inmate account statement for the months of *December, 2005* to *May 30, 2006*.

The following indicates the average daily balances.

**FILED JUN 12 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE** *BD scanned*

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Dec | 15.71 |
| Jan | 32.60 |
| Feb | 37.51 |
| March | 42.05 |
| April | 1.48 |
| May | 24.22 |

Average daily balances/6 months: *25.53*

Attachments
CC: File

*Stacy Shane 6/7/06*

*[signature] 6/7/06 Notary Public*