IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORTNEY L. BARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-309-GMS |
| | ) |
| WARDEN THOMAS CARROLL, | ) |
| CAPTAIN JOSEPH BALLINGER, | ) |
| COUNSELOR TODD KRAMER, JOHN/ | ) |
| JANE DOE (Member of MDT | ) |
| Board), JOHN/JANE DOE, | ) |
| (Member of MDT Board), | ) |
| CHAIRPERSON OF IBCC EVELYN | ) |
| STEVENSON, JOHN/JANE DOE, | ) |
| (Member of IBCC), and JOHN/ | ) |
| JANE DOE,(Member of IBCC), | ) |
| | ) |
| Defendant(s). | ) |

**ORDER**

1. The plaintiff Cortney L. Barnes, SBI #483609, a pro se litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

2. On May 19, 2006, this Court ordered the plaintiff to provide a request to proceed in forma pauperis and a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the above-referenced complaint. The plaintiff submitted the request to proceed in forma pauperis documents on June 12, 2006, but did not comply

with the Court's order to provide a complete prison trust fund account statement which includes ledger sheets **showing all deposits, expenditures and balances** during the six-month period immediately preceding the filing of the complaint.

THEREFORE, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall submit a complete prison trust fund account statement which includes ledger sheets **showing all deposits, expenditures and balances** during the six-month period immediately preceding the filing of the complaint.

**FAILURE OF THE PLAINTIFF TO RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE OF THIS ORDER SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.**

DATED: June 22, 2006

_____
United States District Judge