IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CORTNEY L. BARNES,

    PLAINTIFF,

V.

WARDEN THOMAS CARROLL,
CAPTAIN JOSEPH BALLINGER,
COUNSELOR TODD KRAMER,
JOHN/JANE DOE (Member of
MDT Board),
CHAIRPERSON OF IBCC
EVELYN STEVENSON, JOHN/
JANE DOE, (Member of
IBCC), and JOHN/JANE
DOE, (Member of IBCC),

    DEFENDANTS.

Civil Action No. 06-309-GMS

RE: request to proceed in forma pauperis

    This includes ledger sheets showing all deposits, expenditures and balances during the six-month period immediately preceding the filing of the complaint.

I/M COURTNEY L. BARNES
SBI# 486609   UNIT 22/D-L2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
29 JUN 2006 PM 3 T

Office of the Clerk
U.S. District Court
844 N. King St. Lockbox 18
Wilmington, De
19801-3570