# Individual Statement

## For Month of December 2005

Date Printed: 6/7/2006      Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.38 |
|---|---|---|---|---|---|---|
| 00483609 | Barnes | Courtney | | | | |

Current Location: 22     Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 12/8/2005 | $30.00 | $0.00 | $0.00 | $30.38 | 193362 | 23630002892 | | Y. WEAVER |
| Canteen | 12/21/2005 | ($19.61) | $0.00 | $0.00 | $10.77 | 197998 | | | |
| Canteen | 12/28/2005 | ($7.23) | $0.00 | $0.00 | $3.54 | 200158 | | | |

Ending Mth Balance: $3.54

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

06-309

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 JUN 30 PM 2:23

BSP scanned

# Individual Statement

Date Printed: 6/7/2006

## For Month of January 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $3.54 |
|---|---|---|---|---|---|---|
| 00483609 | Barnes | Courtney | | | | |

Current Location: 22

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 1/3/2006 | $70.00 | $0.00 | $0.00 | $73.54 | 203349 | 07156306811 | | Y WEAVER |
| Canteen | 1/4/2006 | ($3.09) | $0.00 | $0.00 | $70.45 | 203475 | | | |
| Canteen | 1/11/2006 | ($19.91) | $0.00 | $0.00 | $50.54 | 206922 | | | |
| Pay-To | 1/17/2006 | ($11.97) | $0.00 | $0.00 | $38.57 | 209036 | | BLENDER | |
| Canteen | 1/18/2006 | ($19.31) | $0.00 | $0.00 | $19.26 | 210020 | | | |
| Pay-To | 1/20/2006 | ($8.00) | $0.00 | $0.00 | $11.26 | 211912 | | PROJECT AWARE | |
| Canteen | 1/25/2006 | ($11.25) | $0.00 | $0.00 | $0.01 | 212937 | | | |

Ending Mth Balance: $0.01

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 6/7/2006

Page 1 of 1

## For Month of February 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.01 |
|---|---|---|---|---|---|---|
| 00483609 | Barnes | Courtney | | | | |

Current Location: 22

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 2/22/2006 | $150.00 | $0.00 | $0.00 | $150.01 | 226359 | 7154474264 | | Y. WALKER |

Ending Mth Balance: $150.01

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 6/7/2006

Page 1 of 1

## For Month of March 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $150.01 |
|---|---|---|---|---|---|---|
| 00483609 | Barnes | Courtney | | | | |

Current Location: 22    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 3/1/2006 | ($19.14) | $0.00 | $0.00 | $130.87 | 229487 | | | |
| Pay-To | 3/2/2006 | ($44.20) | $0.00 | $0.00 | $86.67 | 230519 | | DAR-US-SALAM-PUB | |
| Canteen | 3/8/2006 | ($19.94) | $0.00 | $0.00 | $66.73 | 232031 | | | |
| Medical | 3/9/2006 | $0.00 | ($6.00) | $0.00 | $66.73 | 232909 | | 2/22/06 | |
| Medical | 3/9/2006 | ($6.00) | $0.00 | $0.00 | $60.73 | 233527 | | 2/22/06 | |
| Canteen | 3/16/2006 | ($19.71) | $0.00 | $0.00 | $41.02 | 237794 | | | |
| Pay-To | 3/17/2006 | ($20.00) | $0.00 | $0.00 | $21.02 | 238119 | | BLUDAMAN ENTERT | |
| Canteen | 3/22/2006 | ($19.54) | $0.00 | $0.00 | $1.48 | 239612 | | | |

Ending Mth Balance: $1.48

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement - No Transactions This Month

Date Printed: 6/7/2006 

## For Month of April 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00483609 | Barnes | Courtney | | | |

Current Location: 22

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of May 2006

Date Printed: 6/7/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.48 |
|---|---|---|---|---|---|---|
| 00483609 | Barnes | Courtney | | | | |

Current Location: 22    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 5/2/2006 | $50.00 | $0.00 | $0.00 | $51.48 | 258551 | 482478967B | | L. BARNES |
| Canteen | 5/3/2006 | ($1.17) | $0.00 | $0.00 | $50.31 | 258720 | | | |
| Canteen | 5/10/2006 | ($19.95) | $0.00 | $0.00 | $30.36 | 261271 | | | |
| Canteen | 5/17/2006 | ($19.26) | $0.00 | $0.00 | $11.10 | 264571 | | | |
| Canteen | 5/24/2006 | ($3.18) | $0.00 | $0.00 | $7.92 | 267120 | | | |
| Canteen | 5/31/2006 | ($7.87) | $0.00 | $0.00 | $0.05 | 271614 | | | |

Ending Mth Balance: $0.05

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00