IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORTNEY L. BARNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-309-GMS |
| ) | |
| WARDEN THOMAS CARROLL, ) | |
| CAPTAIN JOSEPH BALLINGER, ) | |
| COUNSELOR TODD KRAMER, JOHN/ ) | |
| JANE DOE (Member of MDT ) | |
| Board), JOHN/JANE DOE, ) | |
| (Member of MDT Board), ) | |
| CHAIRPERSON OF IBCC EVELYN ) | |
| STEVENSON, JOHN/JANE DOE, ) | |
| (Member of IBCC), and JOHN/ ) | |
| JANE DOE,(Member of IBCC), ) | |
| ) | |
| Defendant(s). ) | |

FILED
AUG – 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Cortney L. Barnes, SBI #483609, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $10.00 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated *August 3*, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody

I may be transferred.


Date: _August 6_____, 2006.

                                                        _____
                                                        Signature of Plaintiff

IM Cortney L. Barnes
SBI# 483609  UNIT 22/D-L2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
07 AUG 2006 PM 2 T

Clerk of the Court
U.S. District Court
844 N. King St.
Wilmington, De
          19801-3570