IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORTNEY L. BARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-309-GMS |
| | ) |
| WARDEN THOMAS CARROLL, | ) |
| CAPTAIN JOSEPH BALLINGER, | ) |
| COUNSELOR TODD KRAMER, JOHN/ | ) |
| JANE DOE (Member of MDT | ) |
| Board), JOHN/JANE DOE, | ) |
| (Member of MDT Board), | ) |
| CHAIRPERSON OF IBCC EVELYN | ) |
| STEVENSON, JOHN/JANE DOE, | ) |
| (Member of IBCC), and JOHN/ | ) |
| JANE DOE (Member of IBCC), | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, Cortney L. Barnes ("Barnes"), filed a complaint without prepayment of the filing fee;

WHEREAS, on December 14, the court entered an order requiring Barnes to complete and return USM-285 forms for the defendants, and informed Barnes that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or defendant being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 11);

WHEREAS, to date, the USM-285 forms have not been received for the defendants Warden Thomas Carroll and Captain Joseph Ballinger;

THEREFORE, at Wilmington this 13th day of April, 2007, IT IS HEREBY ORDERED that:

1. The defendants Warden Thomas Carroll and Captain Joseph Ballinger are DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

2. The U.S. Marshal is directed to effect service against the defendants Counselor Todd Kramer and Chairperson Evelyn Stevenson in accordance with the court's December 14, 2006 order.

UNITED STATES DISTRICT JUDGE

FILED

APR 1 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE