OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

April 19, 2007

TO:    Cortney L. Barnes
       SBI #483609
       Delaware Correctional Center
       1181 Paddock Road
       Smyrna, DE 19977

**RE:  U.S. Marshal 285 Forms**
*Civ. No. 06-309 GMS*

Dear Mr. Barnes:

    Please be advised that this office has received the required U.S. Marshal 285 forms in the above referenced case.

    Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                           Sincerely,

/ead                                          PETER T. DALLEO
                                               CLERK

cc:    The Honorable Gregory M. Sleet
       U.S. Marshal
       Pro Se Law Clerk