IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORTNEY BARNES | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.  06-309 GMS |
| | ) | |
| COUNSELOR TODD KRAMER, et al | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

WHEREAS, on May 9, 2006, the plaintiff filed a complaint against the above-captioned defendants;

WHEREAS, on May 21, 2007, a waiver of service with USM 285 form was returned executed as to the defendant Todd Kramer (D.I. 14), and the defendant's answer was due on July 16, 2007;

WHEREAS, on July 30, 2007, a USM 285 form was returned executed as to the defendant Evelyn Stevenson (D.I. 15), and the defendant's answer was due on August 15, 2007;

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendants;

IT IS HEREBY ORDERED that:

The defendants will answer or otherwise respond to the complaint within ten (10) days of the date of this Order.

CHIEF UNITED STATES DISTRICT JUDGE

September ___13___, 2007