IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

CORTNEY L. BARNES
  pro se PLAINTIFF
~~STATE OF DELAWARE~~

V.                               CR. A. NO. 06-309-GMS

COUNSELOR TODD KRAMER, et al.

  DEFENDANTS

MOTION FOR:
JOINDER OF OTHER PARTIES AND AMENDMENT OF PLEADINGS

NOW COMES, CORTNEY L. BARNES, IN A REQUEST TO HAVE CASE CIVIL ACTION NO. 06-309-GMS AMENDED HAVING THE FOLLOWING NAMES ADDED TO THE LIST OF DEFENDANTS:

Under the Multi-Disciplinary Team:

- STAFF/LIEUTENANT PIERCE
- COUNSELOR CASSIE ARNOLD

Maximum Security Supervisor:

- IBCC CHAIRPERSON JAYME JACKSON

FILED
NOV -6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RP scanned

## Certificate of Service

I, CORTNEY L. BARNES, hereby certify that I have served a true and correct cop(ies) of the attached: MOTION FOR JOINDER OF OTHER PARTIES AND AMENDMENT OF PLEADINGS upon the following parties/person (s):

TO: STAFF LIEUTENANT PIERCE: EMPLOYEE OF DELAWARE CORRECTIONAL CENTER

TO: COUNSELOR CASSIE ARNOLD: EMPLOYEE OF DELAWARE CORRECTIONAL CENTER

TO: MAXIMUM SECURITY SUPERVISOR: JAYME JACKSON, IBCC Chairperson

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 26 day of OCTOBER, 200_

7

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR __NEW CASTLE__ COUNTY

CORTNEY L. BARNES
pro se PLAINTIFF
~~STATE OF DELAWARE~~                (
                                     (    __CIVIL__ ACTION NO.
             V.                      (    __06-309-GMS__
                                     (    I.D. NO.
DEFENDANTS                           (    _____
TODD KRAMER, et al.


NOTICE OF MOTION

PLEASE TAKE NOTICE, that the enclosed Motion for __Amended Complaint__ will be presented to this Honorable Court at the earliest possible convenience.


__10/26/07__
Date

__Cortney L. Barnes__
S.B.I. __483609__
Delaware Correctional Center
Smyrna, DE. 19977

I/M Cortney C. Barnes
SBI# 483009    UNIT 21/D-L2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk U.S.
District Court
844 N. King St. Lockbox 18
Wilmington, De
   19801-3570