IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORTNEY BARNES )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>COUNSELOR TODD KRAMER, et al )<br>)<br>    Defendants. ) | Civil Action No. 06-309 GMS |

### ORDER

WHEREAS, on November 6, 2007, the plaintiff filed a motion for joinder of other parties and amendment of pleadings (D.I. 19);

WHEREAS, the defendant has not filed an opposition to the motion.

IT IS HEREBY ORDERED that:

The plaintiff's motion (D.I. 19) is hereby GRANTED.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

January __22__, 2008

FILED
JAN 2 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE