IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORTNEY L. BARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-00309-GMS |
| v. | ) |
| | ) |
| TODD KRAMER, ET AL., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

The undersigned certifies that on March 13, 2008, she caused the *State Defendants' Discovery Documents (Inmate's Institutional and Classification Records)* to be delivered to the following persons in the form and manner indicated:

**One copy by first class mail, postage prepaid, to each recipient:**

Cortney Barnes, Inmate
SBI No.: 483609
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

                                                **STATE OF DELAWARE**
                                                **DEPARTMENT OF JUSTICE**

                                                _____/s/ Ophelia M. Waters_____
                                                Ophelia M. Waters, I.D. #3879
                                                Deputy Attorney General
                                                Carvel State Building
                                                820 N. French Street, 6th floor
                                                Wilmington, DE  19801
                                                Ophelia.Waters@state.de.us
                                                Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2008, I electronically filed the *State Defendants' Notice of Service and Discovery Documents (Inmate's Institutional and Classification Records)* with the Clerk of the Court using CM/ECF and by U.S. Mail to Cortney L. Barnes.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**


s/s  Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
Carvel State Building
820 N. French Street, 6th floor
Wilmington, DE  19801
Ophelia.Waters@state.de.us
Attorney for Defendants