IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORTNEY L. BARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-00309-GMS |
| v. | ) |
| | ) |
| TODD KRAMER, ET AL., | ) |
| | ) |
| Defendants. | ) |

# SEALED DOCUMENTS

(Inmate's Institutional and Classification Records)