IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COURTNEY BARNES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) C.A. No. 06-00309-GMS |
|     v. | ) |
| | ) |
| TODD KRAMER, EVELYN STEVENSON, | ) |
| DAVID PIERCE, JAYME JACKSON, and | ) |
| CASSIE ARNOLD, | ) |
| | ) |
|     Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Todd Kramer, Evelyn Stevenson, David Pierce, Jayme Jackson, and Cassie Arnold hereby move this Honorable Court for an Order granting Summary Judgment in their favor on the basis set forth in the accompanying Defendants' Memorandum in Support of their Motion for Summary Judgment.

                                                  **STATE OF DELAWARE**
                                                  **DEPARTMENT OF JUSTICE**

                                                  /s/ Ophelia M. Waters
                                                  Ophelia M. Waters, ID# 3879
                                                  Deputy Attorney General
                                                  Carvel State Office Building
                                                  820 N. French Street, 6th Floor
                                                  Wilmington, DE 19801
                                                  302-577-8400
                                                  ophelia.waters@state.de.us

Dated: May 23, 2008

## *CERTIFICATE OF SERVICE*

I hereby certify that on May 23, 2008, I electronically filed *Defendants' Motion for Summary Judgment* with the Clerk of Court using CM/ECF. I hereby certify that on May 23, 2008, I have mailed by United States Postal Service, the document to the following non-registered party: Cortney L. Barnes, SBI 483609, Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

/s/ Ophelia M. Waters
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COURTNEY BARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-00309-GMS |
| v. | ) |
| | ) |
| TODD KRAMER, EVELYN STEVENSON, | ) |
| DAVID PIERCE, JAYME JACKSON, and | ) |
| CASSIE ARNOLD, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

**IT IS SO ORDERED** this _____day of _____, 2008 that:

Summary Judgment is entered in favor of State Defendants Todd Kramer, Evelyn Stevenson, David Pierce, Jayme Jackson, and Cassie Arnold, in their official and individual capacities, as to all claims.

_____
United States District Judge