IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CORTNEY L. BARNES )
    PLAINTIFF, )
       v. ) C.A. No. 06-00309-GMS
TODD KRAMER, et.al )
    DEFENDANTS )

FILED
JUN - 9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR SUMMARY JUDGEMENT

Plaintiff moves for an order directing the summary judgement be entered for plaintiff with respect to the PLAINTIFFS ANSWERING BRIEF first cause of action alleged in plaintiffs complaint, further directing that the PLAINTIFFS ANSWERING BRIEF first cause of action be severed from the other causes of action set forth in the complaint, and additionally granting plaintiff such other and further relief as the court may deem just and proper, with the costs of this motion.

This motion is made on the ground that there are triable issues of fact with respect to the PLAINTIFFS ANSWERING BRIEF first cause of action in this proceeding, and that plaintiff is entitled to judgement in his favor on the PLAINTIFFS ANSWERING BRIEF first cause of action as a matter

of law.
This motion is based on the pleadings, depositions, interrogatories, and admissions filed in this action, and on the attached Exhibits of the answering brief.
Dated: 06/05/08

CORTNEY L. BARNES
*/s/ Cortney L. Barnes*
#483609
1181 Paddock Rd.
Bldg. 21/D-L2
Smyrna, De
19977