

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL
New Castle County—Civil Division

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX: (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX: (302) 577-6499
TTY: (302) 577-5783

June 19, 2008

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 North King Street
Wilmington, Delaware 19801

    Re:    <u>Barnes v. Kramer, et al.</u>
              C.A. No. 06-309 GMS

Dear Chief Judge Sleet:

    Pursuant to United States District Court for the District of Delaware Rules, Local Rule 7.1.2, State Defendants respectfully waive filing a reply brief to Plaintiff's answering brief in opposition to the State Defendants' pending Motion for Summary Judgment.

    State Defendants believe because Plaintiff's allegations that his transfer to the Security Housing Unit violated his due process rights have been dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1),[1] and further legal or factual grounds remain absent, any additional due process argument in reply is unnecessary.

    Also, Plaintiff concedes Defendant Evelyn Stevenson's lack of personal involvement in his transfer, therefore, he cannot meet his burden to demonstrate a material issue of fact. *See Rode v. Dellarciprete*, 846 F.2d 1195, 1207 (3d Cir. 1988).

    In light of the foregoing reasons, Defendants' Motion for Summary Judgment should be granted.

                              Respectfully Submitted,

                              /s/ Ophelia M. Waters
                              Ophelia M. Waters (ID# 3879)
                              Deputy Attorney General

xc:    Cortney L. Barnes

---

[1] Docket Item 11.